# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No:  5:19-CR-00063-001 (MTT) |
| Sonia Montoya-Guzman ) | |
| ) | USM No:  01390-120 |
| Date of Original Judgment:  08/04/2020 ) | |
| Date of Previous Amended Judgment:  N/A ) | Jessica Lee |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of   ☐ the Defendant   ☐ the Director of the Bureau of Prisons   ☒ the Court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the Policy Statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  87  months **is reduced to**  TIME SERVED  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Montoya-Guzman, who is not a citizen of the United States and was not lawfully in the country at the time of her arrest, was sentenced on July 30, 2020, to 87 months imprisonment based upon a Criminal History Category I and Total Offense Level of 29, which yielded a guideline range of 87 to 108 months. However, based upon [retroactive] Amendment 821, Part B to the *United States Sentencing Guidelines*, defendants with no criminal history points qualify for a two-level decrease, pursuant to USSG §4C1.1(a) (Certain Zero-Point Offenders). If granted by the Court, Montoya-Guzman's Total Offense Level would become 27 and her advisory guideline range would be 70 to 87 months. The government agrees that Montoya-Guzman, who has no criminal history points, is eligible for relief and recommends a sentence at the bottom of the new range. A comparable sentence at the bottom of the amended guideline range, or 70 months, would result in a new sentence of TIME SERVED, effective February 1, 2024.

Except as otherwise provided, all provisions of the judgment dated  08/04/2020  shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:  1/19/2024 | S/ Marc T. Treadwell |
| | *Judge's signature* |
| Effective Date:  02/01/2024 | Marc T. Treadwell, Chief U.S. District Judge |
| *(if different from order date)* | *Printed name and title* |